AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
316 N. Robert St.
St. Paul, MN 55101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | New Harbinger Publishing Company - book royalties | $1,280.00 |
| 2. 2019 | Taylor & Francis Publishing Company - book royalties | $365.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Gray, Plant, Mooty, Mooty & Bennett, PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Intellectual Property Law Association | 01/30/19 - 01/31/19 | Tampa, FL | Panelist | Travel, lodging, meals |
| 2. | Wisconsin Institute for International Legal Programs | 06/09/19 - 15/09/19 | Chengdu, China | Speaker | Travel, lodging, meals |
| 3. | Sedona Conference | 11/03/19 - 011/05/19 | Charlotte, NC | Panelist and Judicial Advisor | Travel, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  Wells Fargo Bank (cash) (X) | A | Interest | J | T | | | | | |
| 3.  US Bank (cash) | A | Interest | N | T | | | | | |
| 4.  Optum Bank HSA (cash) | B | Interest | K | T | | | | | |
| 5.  USAA Federal Savings Bank (X) | A | Interest | J | T | | | | | |
| 6.  Rental Property #1, Collier County, FL | | None | | | Sold | 08/27/19 | N | | Eric and Wendy Wright |
| 7.  Northwestern Mutual Whole Life Insurance (Policyholder #1) | D | Dividend | N | T | | | | | |
| 8.  Northwestern Mutual Whole Life Insurance (Policyholder #2) | C | Dividend | K | T | | | | | |
| 9.  Nassau RE Whole Life Policy (formerly Phoenix Life) | B | Dividend | K | T | | | | | |
| 10.  Trust #1 (H) | | | | | | | | | |
| 11.  Fidelity Government Money Market (SPAXX) (cash eq.) | D | Interest | N | T | Buy (add'l) | 09/12/19 | J | | |
| 12.  3M Company Stock (common) (MMM) | D | Dividend | N | T | | | | | |
| 13.  TOD #1 (H) | | | | | | | | | |
| 14.  Fidelity Government Money Market (SPAXX) (cash eq.) | C | Interest | M | T | | | | | |
| 15.  3M Company VIP Excess (deferred compensation plan / no control) (cash) | | None | N | T | | | | | |
| 16.  3M Company Medical Savings Account (cash) | A | Interest | K | T | | | | | |
| 17.  3M Company Stock Options | | None | O | T | Redeemed (part) | 06/17/19 | N | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | 3M Company Stock (MMM) | B | Dividend | | | Buy<br>(add'l) | 06/17/19 | M | | |
| 19. | | | | | | Sold | 06/17/19 | N | | |
| 20. | Brokerage Account #1 (H) | | | | | | | | | |
| 21. | Northwestern Mutual FDIC Insured Program (cash) (X) | A | Interest | J | T | | | | | |
| 22. | Dreyfus General Money Market Fund Cl B (GMBXX) (cash eq.) | A | Interest | | | Redeemed | 08/19/19 | J | | |
| 23. | Russell Tax-Managed US Mid & Small Cap Fund Class S (RTSSX) | A | Dividend | K | T | | | | | |
| 24. | Russell Tax-Exempt High Yield Bond Fund Class S (RTHSX) | C | Dividend | L | T | | | | | |
| 25. | Russell Tax-Managed International Fund Class S (RTNSX) | C | Dividend | M | T | | | | | |
| 26. | Russell Tax Managed US Large Cap Fund Class S (RETSX) | C | Dividend | N | T | Sold<br>(part) | 01/29/19 | J | C | |
| 27. | Russell Global Real Estate Securities Fund Class S (RRESX) | B | Dividend | K | T | | | | | |
| 28. | Russell Tax Exempt Bond Fund Class S (RLVSX) | C | Dividend | M | T | | | | | |
| 29. | Trust #2 (H) | | | | | | | | | |
| 30. | RBC Prime Market Money Fund (TPMXX) (Y) | | | | | | | | | |
| 31. | Federated Equity Kaufman Sm Cap IS (FKAIX) | A | Dividend | J | T | | | | | |
| 32. | Federated Strategic Val Div Fd Instl (SVAIX) | A | Dividend | J | T | | | | | |
| 33. | Franklin Temp ETF Tr LibQ US Sm Cap Eq (FLQS) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 34. | Hartford MUT FDS Inc Mid Cap FD CL I (HFMIX) | | None | J | T | Buy | 02/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | | | | | |
| 36. IShares Core S&P Small Cap ETF (IJR) | | None | | | Sold | 02/08/19 | J | | |
| 37. IShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | | | | | |
| 38. Madison Fds Mid Cap Fd Cl Y (GTSGX) | | None | J | T | | | | | |
| 39. MFS Growth Fund CL I (MFEIX) | A | Dividend | J | T | | | | | |
| 40. MFS SER TR I Value Fund (MEIIX) | A | Dividend | J | T | | | | | |
| 41. Harding Loevner Funds Intl Eq Port I (HLMIX) | | None | | | Sold | 02/08/19 | J | | |
| 42. Invesco Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | A | Dividend | J | T | | | | | |
| 43. Oakmark Intl Fd Adv Cl (OAYIX) | | None | J | T | | | | | |
| 44. Vanguard FTSE Dev Mkts ETF (VEA) | A | Dividend | | | Sold | 08/07/19 | J | A | |
| 45. AB Bd Fd Income Fd Advisor (ACGYX) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 46. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 47. AB Global Bond Fund (ANAYX) | A | Dividend | J | T | | | | | |
| 48. Blackrock FDS V Hgh Yld Bnd Portfolio Instl (BHYIX) | A | Dividend | J | T | Buy | 08/07/19 | J | | |
| 49. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 50. JPMorgan Tr I Global Bd Opp I (GBOSX) | A | Dividend | J | T | | | | | |
| 51. Ivy Apollo Strategic Income Fund (IIPOX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Lord Abbett Bd Deb Fd Inc F (LBDFX) | A | Dividend | J | T | Buy (add'l) | 02/15/19 | J | | |
| 53. Lord Abbett Short Dur Inc Fd F (LDLFX) | A | Dividend | J | T | Buy (add'l) | 02/08/19 | J | | |
| 54. Loomis Sayles Investment Grade Bd Fd Y (LSIIX) | A | Dividend | J | T | Buy (add'l) | 04/11/19 | J | | |
| 55. Putnam Fds Tr Short Dur Inc Fd Y (PSDYX) | A | Dividend | | | Sold | 04/11/19 | J | A | |
| 56. Franklin Mutual Quest Fud CL Z (MQIFX) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 57. Thornburg Invt TR Invt Income Builder FD CL I (TIBIX) | A | Dividend | J | T | Buy | 02/08/19 | J | | |
| 58. MFS Ser Tr XIII Global Real Estate Fd I (MGLIX) | A | Dividend | J | T | | | | | |
| 59. IRA #1 (H) | | | | | | | | | |
| 60. Northwestern Mutual General Money Market Fund Class B (cash eq.) | A | Interest | K | T | | | | | |
| 61. Invesco Balanced-Risk Commodity Strategy Fund Class Y (BRCYX) | A | Dividend | K | T | | | | | |
| 62. American Century Short Duration Inflation Protection Bond (APOIX) | A | Dividend | J | T | Buy | 08/20/19 | J | | |
| 63. Baron Asset Fund Institutional Class (BARIX) | B | Dividend | K | T | Buy | 03/19/19 | K | | |
| 64. Dodge & Cox Income Fund (DODIX) | B | Dividend | L | T | | | | | |
| 65. Europacific Growth Fund Class F-2 (AEPFX) | C | Dividend | M | T | | | | | |
| 66. Fidelity Advisor Mid Cap Fund Class I (FIIMX) | A | Dividend | | | Sold | 03/19/19 | K | | |
| 67. Fidelity Advisor New Insights Fund Class I (FINSX) | D | Dividend | M | T | Sold (part) | 10/07/19 | K | B | |
| 68. Goldman Sachs Intl Sm Cap Insights Fd Cl I (GICIX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Goldman Sachs Absolute Return Tracker Fund Instl Cl (GJRTX) | A | Dividend | K | T | Buy | 10/07/19 | K | | |
| 70. | The Oakmark International Fund Class I (OAKIX) | B | Dividend | L | T | | | | | |
| 71. | John Hancock Disciplined Value Mid Cap Fund Class 1 (JVMIX) | B | Dividend | K | T | | | | | |
| 72. | MFS Value Fund Class 1 (MEIIX) | D | Dividend | M | T | Sold (part) | 10/07/19 | J | B | |
| 73. | New World Fund - Class F2 (NFFFX) | A | Dividend | K | T | | | | | |
| 74. | Northern Small Cap Value Fund (NOSGX) | B | Dividend | K | T | | | | | |
| 75. | PIMCO Income Fund Class I-2 (PONPX) | B | Dividend | K | T | Sold (part) | 10/07/19 | K | | |
| 76. | Principal Real Estate Securities FD CL 1 (PIREX) | B | Dividend | L | T | Buy | 03/19/19 | L | | |
| 77. | Principal Global Multi Strategy Fund Class I (PRMIX) | | None | K | T | Buy | 10/07/19 | K | | |
| 78. | T Rowe Price Emerging Markets Stock Fund (PRMSX) | A | Dividend | K | T | | | | | |
| 79. | T Rowe Price Real Estate Fund (TRREX) | | None | | | Sold | 03/19/19 | L | | |
| 80. | TIAA-CREF Bond Fund Adv Class (TIBHX) | B | Dividend | L | T | Sold (part) | 08/20/19 | J | | |
| 81. | IRA #2 (H) | | | | | | | | | |
| 82. | RBC Cash and Federated Money Market Fund (cash eq.) | A | Interest | M | T | | | | | |
| 83. | Federated Equity FDS Kaufman Sm Cap Fd Cl I (FKAIX) | A | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 84. | | | | | | Sold (part) | 02/15/19 | J | A | |
| 85. | | | | | | Sold (part) | 04/11/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 87. Federated Strategic Value Div Fd I (SVAIX) | D | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |
| 88. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 89. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 90. Franklin Temp ETF Tr LibQ US Sm Cap Eq (FLQS) | A | Dividend | L | T | Buy | 02/08/19 | L | | |
| 91. | | | | | Buy (add'l) | 04/11/19 | J | | |
| 92. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 93. | | | | | Sold (part) | 11/27/19 | J | A | |
| 94. Hartford MUT FDS Inc Mid Cap FD CL I (HFMIX) | B | Dividend | K | T | Buy | 02/08/19 | K | | |
| 95. Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | K | T | Sold (part) | 02/08/19 | K | C | |
| 96. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 97. IShares Core S&P Small Cap ETF (IJR) | | None | | | Sold | 02/08/19 | L | A | |
| 98. Ishares Core S&P 500 Index ETF (IVV) | C | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |
| 99. | | | | | Sold (part) | 02/15/19 | J | | |
| 100. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 101. Ishares Tr Ishares Core Div Growth ETF (DGRO) | | None | | | Buy | 01/18/19 | L | | |
| 102. | | | | | Sold | 02/08/19 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Madison Fds Mid Cap Fd Cl Y (GTSGX) | B | Dividend | K | T | Sold (part) | 02/08/19 | J | | |
| 104. | | | | | Sold (part) | 08/07/19 | J | A | |
| 105. | | | | | Sold (part) | 11/27/19 | J | A | |
| 106.  MFS Growth Mutual Fund (MFEIX) | A | Dividend | L | T | Buy (add'l) | 02/08/19 | J | | |
| 107. | | | | | Sold (part) | 08/08/19 | J | A | |
| 108. | | | | | Sold (part) | 11/27/19 | J | A | |
| 109.  MFS SER TR I Value Fund Cl I (MEIIX) | C | Dividend | M | T | Buy (add'l) | 02/08/19 | J | | |
| 110. | | | | | Sold (part) | 08/07/19 | J | A | |
| 111. | | | | | Sold (part) | 11/27/19 | J | A | |
| 112.  Harding Loevner Fds Intl Eq Port I (HLMIX) | | None | | | Sold | 02/08/19 | L | | |
| 113.  Invesco Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 114. | | | | | Sold (part) | 04/11/19 | J | A | |
| 115. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 116.  Oakmark Intl Fd Adv Cl (OAYIX) | B | Dividend | M | T | Buy (add'l) | 02/08/19 | K | | |
| 117. | | | | | Sold (part) | 04/11/19 | J | A | |
| 118. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 119. | | | | | Sold (part) | 11/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Vanguard FTSE Dev Mkts ETF (VEA) | B | Dividend | | | Sold (part) | 02/08/19 | K | A | |
| 121. | | | | | Sold (part) | 02/15/19 | J | A | |
| 122. | | | | | Sold (part) | 04/11/19 | K | B | |
| 123. | | | | | Sold | 08/07/19 | L | B | |
| 124.  AB Bond Fund Inc Income Fd Adv (ACGYX) | C | Dividend | M | T | Sold (part) | 08/07/19 | J | A | |
| 125.  AB Global Bond Fund (ANAYX) | C | Dividend | L | T | Buy (add'l) | 04/01/19 | J | | |
| 126. | | | | | Sold (part) | 08/07/19 | J | A | |
| 127.  Blackrock FDS V Hgh Yld Bnd Portfolio Instl (BHYIX) | B | Dividend | L | T | Buy | 08/07/19 | L | | |
| 128. | | | | | Sold (part) | 04/11/19 | J | A | |
| 129. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 130. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 131.  JPMorgan Tr I Gbl Bd Opp Fd I (GBOSX) | C | Dividend | L | T | Buy (add'l) | 04/11/19 | J | | |
| 132. | | | | | Sold (part) | 08/07/19 | J | A | |
| 133. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 134.  Ivy Apollo Strategic Income Fund CL I (IIPOX) | C | Dividend | L | T | Buy (add'l) | 04/11/19 | J | | |
| 135. | | | | | Sold (part) | 11/27/19 | J | | |
| 136.  Lord Abbett Bd Deb Fd Inc F (LBDFX) | D | Dividend | M | T | Buy (add'l) | 02/15/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | Buy (add'l) | 04/11/19 | J | | |
| 138. | | | | | | Sold (part) | 08/07/19 | J | | |
| 139. | Lord Abbett Short Dur Inc Fd F (LDLFX) | C | Dividend | M | T | Buy (add'l) | 02/08/19 | L | | |
| 140. | | | | | | Buy (add'l) | 02/15/19 | J | | |
| 141. | | | | | | Buy (add'l) | 04/11/19 | J | | |
| 142. | | | | | | Sold (part) | 08/07/19 | J | A | |
| 143. | | | | | | Buy (add'l) | 11/27/19 | J | | |
| 144. | Loomis Sayles Investment Grade Bd Fd Y (LSIIX) | C | Dividend | M | T | Buy (add'l) | 04/11/19 | K | | |
| 145. | | | | | | Sold (part) | 08/07/19 | J | A | |
| 146. | | | | | | Buy (add'l) | 11/27/19 | J | | |
| 147. | | | | | | Buy (add'l) | 11/27/19 | J | | |
| 148. | Putnam Fds Tr Short Dur Inc Fd Y (PSDYX) | A | Dividend | | | Sold | 04/11/19 | L | A | |
| 149. | Franklin Mutual Quest Fud CL Z (MQIFX) | B | Dividend | L | T | Buy | 02/08/19 | L | | |
| 150. | | | | | | Buy (add'l) | 08/07/19 | J | | |
| 151. | | | | | | Buy (add'l) | 11/27/19 | J | | |
| 152. | Thornburg Invt TR Invt Income Builder FD CL I (TIBIX) | C | Dividend | M | T | Buy | 02/08/19 | L | | |
| 153. | | | | | | Buy (add'l) | 04/11/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 08/07/19 | K | | |
| 155. | | | | | Sold (part) | 11/27/19 | J | A | |
| 156. MFS SER Tr XIII Global Real Estate Fd I (MGLIX) | D | Dividend | L | T | Sold (part) | 02/08/19 | J | A | |
| 157. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 158. | | | | | Sold (part) | 08/07/19 | J | A | |
| 159. | | | | | Sold (part) | 11/27/19 | J | A | |
| 160. Brokerage Account #2 (H) | | | | | | | | | |
| 161. RBC Money Market Bank Deposit Program (cash) | A | Interest | M | T | | | | | |
| 162. Federated Equity FDS Kaufman Sm Cap Fd Cl I (FKAIX) | A | Dividend | K | T | Buy | 02/06/19 | K | | |
| 163. | | | | | Sold (part) | 08/07/19 | J | A | |
| 164. Federated Strategic Value Div Fd I (SVAIX) | D | Dividend | L | T | Buy | 02/06/19 | L | | |
| 165. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 166. | | | | | Sold (part) | 11/27/19 | J | A | |
| 167. Franklin Temp ETF Tr LibQ US Sm Cap Eq (FLQS) | A | Dividend | K | T | Buy (add'l) | 02/06/19 | J | | |
| 168. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 169. Hartford MUT FDS Inc Mid Cap FD CL I (HFMIX) | B | Dividend | K | T | Buy | 02/06/19 | K | | |
| 170. | | | | | Sold (part) | 11/27/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | K | T | Buy | 02/06/19 | K | | |
| 172. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 173.  IShares Core S&P 500 ETF (IVV) | B | Dividend | L | T | Buy | 02/06/19 | L | | |
| 174. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 175.  Madison Fds Mid Cap Fd Cl Y (GTSGX) | A | Dividend | K | T | Buy | 02/06/19 | K | | |
| 176. | | | | | Sold<br>(part) | 08/07/19 | J | A | |
| 177. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 178.  Ishares Core Hi Div ETF (HDV) | | None | | | Sold | 02/06/19 | K | C | |
| 179.  Ishares Tr Ishares Core Div Growth ETF (DGRO) | | None | | | Sold | 02/06/19 | L | D | |
| 180.  MFS Growth Mutual Fund (MFEIX) | A | Dividend | K | T | Sold<br>(part) | 08/07/19 | J | A | |
| 181. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 182.  MFS SER TR I Value Fund Cl I (MEIIX) | C | Dividend | L | T | Buy | 02/06/19 | L | | |
| 183. | | | | | Sold<br>(part) | 08/07/19 | J | A | |
| 184. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 185.  Vanguard Index Fds Vang Hi Div Yld ETF (VYM) | | None | | | Sold | 02/06/19 | L | C | |
| 186.  Ishares Tr Ishares Core MSCI Intl Dev Mkts ETF (IDEV) | | None | | | Sold | 02/06/19 | L | D | |
| 187.  Invesco Oppenheimer Dev Mkts Fds Cl Y (ODVYX) | B | Dividend | K | T | Buy<br>(add'l) | 02/06/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 08/07/19 | J | | |
| 189. | | | | | Sold (part) | 11/27/19 | J | A | |
| 190. Oakmark Internatl Fd Adv Cl (OAYIX) | B | Dividend | L | T | Sold (part) | 02/06/19 | K | B | |
| 191. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 192. | | | | | Sold (part) | 11/27/19 | J | B | |
| 193. Vanguard FTSE Dev Mkts ETF (VEA) | B | Dividend | | | Buy | 02/06/19 | L | | |
| 194. | | | | | Sold | 08/07/19 | L | | |
| 195. AB Global Bond Fund (ANAYX) | B | Dividend | L | T | | | | | |
| 196. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 197. Blackrock FDS V Hgh Yld Bnd Portfolio Instl (BHYIX) | A | Dividend | K | T | Buy | 08/07/19 | K | | |
| 198. | | | | | Sold (part) | 11/27/19 | J | A | |
| 199. JPMorgan Tr Gbl Bd Opps Fd Cl 1 (GBOSX) | B | Dividend | L | T | | | | | |
| 200. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 201. AB High Income Municipal Portfolio CL Advisor (ABTYX) | B | Dividend | L | T | Sold (part) | 08/07/19 | J | A | |
| 202. | | | | | Buy (add'l) | 11/27/19 | J | | |
| 203. IShares Tr iBonds Dec 2023 Term Muni Bd ETF (IBML) | A | Dividend | L | T | | | | | |
| 204. | | | | | Buy (add'l) | 11/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. IShares Tr National Muni Bond ETF (MUB) | C | Dividend | L | T | Buy<br>(add'l) | 02/06/19 | K | | |
| 206. | | | | | Sold<br>(part) | 08/07/19 | J | A | |
| 207. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 208. Vanguard Muni Bond Fund HY Tax Exempt Admiral (VWALX) | C | Dividend | L | T | Buy<br>(add'l) | 02/15/19 | K | | |
| 209. | | | | | Sold<br>(part) | 08/07/19 | J | A | |
| 210. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 211. Franklin Mutual Quest Fud CL Z (MQIFX) | B | Dividend | K | T | Buy<br>(add'l) | 02/06/19 | L | | |
| 212. | | | | | Sold<br>(part) | 08/07/19 | K | | |
| 213. Thornburg Invt TR Invt Income Builder FD CL I (TIBIX) | B | Dividend | L | T | Buy | 01/02/19 | M | | |
| 214. | | | | | Sold | 02/06/19 | M | D | |
| 215. | | | | | Buy | 08/07/19 | L | | |
| 216. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 217. MFS Ser Tr XIII Global Real Estate Fd I (MGLIX) | C | Dividend | K | T | Sold<br>(part) | 08/07/19 | J | A | |
| 218. | | | | | Sold<br>(part) | 11/27/19 | J | A | |
| 219. IRA #3 (H) | | | | | | | | | |
| 220. Northwestern Mutual General Money Market Fund CL B (cash eq.) | A | Interest | J | T | | | | | |
| 221. American Century Short Duration Inflation Protection Bond (APOIX) | A | Dividend | J | T | Buy | 08/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Baron Asset Fund Institutional Class (BARIX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 223. Deutsche Enhanced Commodity Strategy Fund (SKIRX) | A | Dividend | J | T | | | | | |
| 224. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | | | | | |
| 225. Europacific Growth Fund Class F-2 (AEPFX) | A | Dividend | K | T | | | | | |
| 226. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) | A | Dividend | | | Sold | 03/19/19 | J | | |
| 227. Fidelity Advisors New Insights Fund Class I (FINSX) | C | Dividend | K | T | Sold (part) | 10/07/19 | J | A | |
| 228. Goldman Sachs Intl Sm Cap Insights Fd Cl I (GICIX) | A | Dividend | J | T | | | | | |
| 229. Goldman Sachs Absolute Return Tracker Fund Instl Cl (GJRTX) | A | Dividend | J | T | Buy | 10/07/19 | K | | |
| 230. The Oakmark International Fund Investor Class (OAKIX) | A | Dividend | K | T | | | | | |
| 231. Hartford World Bond Fund Class I (HWDIX) | A | Dividend | J | T | Sold (part) | 08/20/19 | J | | |
| 232. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) | A | Dividend | J | T | | | | | |
| 233. MFS Value Fund Class I (MEIIX) | B | Dividend | K | T | Sold (part) | 10/07/19 | J | B | |
| 234. New World Fund Class F-2 (NFFFX) | A | Dividend | K | T | | | | | |
| 235. Northern Small Cap Value Fund (NOSGX) | A | Dividend | J | T | | | | | |
| 236. Pimco Income Fund Class I-2 (PONPX) | B | Dividend | J | T | Sold (part) | 10/07/19 | J | | |
| 237. Principal Real Estate Securities FD CL 1 (PIREX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 238. Principal Global Multi Strategy Fund Cl I (PSMIX) | | None | J | T | Buy | 10/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. T Rowe Price Real Estate (TRREX) | | None | | | Sold | 03/19/19 | J | | |
| 240. TIAA-CREF Bond Fund Advisor Class (TIBHX) | A | Dividend | K | T | Sold (part) | 08/20/19 | J | | |
| 241. Trust #3 (H) | | | | | | | | | |
| 242. NM FDIC Ins Dep Program (cash) (X) | A | Interest | J | T | | | | | |
| 243. Macquarie Infrastructure Corp SHS (MIC) | C | Dividend | K | T | | | | | |
| 244. Trust #4 (H) | | | | | | | | | |
| 245. Northwestern Mutual General Money Market Fund CL B (cash eq.) | A | Interest | J | T | | | | | |
| 246. Baron Asset Fund Institutional Class (BARIX) | A | Dividend | K | T | Buy | 03/19/19 | K | | |
| 247. DWS Enhanced Commodity Strategy Fund (SKIRX) | A | Dividend | K | T | | | | | |
| 248. Dodge & Cox International Fund (DODFX) | C | Dividend | L | T | | | | | |
| 249. Europacific Growth Fund Class F-2 (AEPFX) | B | Dividend | L | T | | | | | |
| 250. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) | A | Dividend | | | Sold | 03/19/19 | K | | |
| 251. Fidelity Advisor New Insights Fund Class I (FINSX) | B | Dividend | M | T | | | | | |
| 252. Fidelity Advisor Intermediate Muni Income Fund Class I (FZIIX) | D | Dividend | M | T | | | | | |
| 253. Franklin Federal Intermediate-Term Tax-Free Income Fund (FITZX) | C | Dividend | M | T | | | | | |
| 254. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) | A | Dividend | K | T | | | | | |
| 255. MFS Value Fund Class I (MEIIX) | D | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  New World Fund Class F-2 (NFFFX) | B | Dividend | K | T | | | | | |
| 257.  Northern Small Cap Value Fund (NOSGX) | B | Dividend | K | T | | | | | |
| 258.  Principal Real Estate Securities FD CL 1 (PIREX) | B | Dividend | K | T | Buy | 03/19/19 | K | | |
| 259.  T Rowe Price Emerging Markets Stock (PRMSX) | A | Dividend | K | T | | | | | |
| 260.  T Rowe Price Real Estate (TRREX) | | None | | | Sold | 03/19/19 | K | | |
| 261.  Gray Plant Mooty Retirement Savings Trust (H) | | | | | | | | | |
| 262.  Dodge & Cox Stock (DODGX) | | None | N | T | | | | | |
| 263.  T Rowe Price Growth Stock (PRGFX) | | None | N | T | | | | | |
| 264.  Vanguard Institutional Index I (VINIX) | | None | M | T | | | | | |
| 265.  American Century Small Cap Value I (ACVIX) | | None | N | T | | | | | |
| 266.  Fidelity Small Cap Growth (FCPGX) | | None | N | T | | | | | |
| 267.  Vanguard Mid Cap Index Institutional (VMCIX) | | None | N | T | | | | | |
| 268.  Morgan Stanley Inst International E (MSIQX) | | None | M | T | | | | | |
| 269.  T Rowe Price International Discove (PRIDX) | | None | N | T | | | | | |
| 270.  American Funds American Balanced R5 (RLBFX) | | None | N | T | | | | | |
| 271.  T Rowe Price Short Term Bond (PRWBX) | | None | M | T | | | | | |
| 272.  Vanguard Total Bond Market Index I (VBMFX) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Retirement Account #2 (H) | | | | | | | | | |
| 274. Schwab Bank Cash Sweep (cash) | A | Interest | L | T | | | | | |
| 275. Misc Holdings (H) | | | | | | | | | |
| 276. Gray Plant Mooty Mooty and Bennett PA | A | Dividend | L | T | | | | | |
| 277. Rallyvest, LLC | E | Interest | L | T | | | | | |
| 278. Rallyvest III, LLC | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowbeer, Hildy** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Fidelity Individual Account is now Fidelity Government Money Market.

Oppenheimer Dev Mkts is now Invesco Oppenheimer Dev Mkts.

Deutsche Enhanced Commodity Strategy is now DWS Enhanced Commodity Strategy.

PIMCO Income Fund class change resulted from a corporate exchange, not a reportable transaction.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544